1   KRONENBERGER BURGOYNE, LLP
    Karl S. Kronenberger (Cal. Bar No. 226112)
2   Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
    150 Post Street, Suite 520
3   San Francisco, CA 94108
    Telephone: (415) 955-1155
4   Facsimile: (415) 955-1158

5   Attorneys for Plaintiff FITNESS RENAISSANCE, LLC.

6

7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA

9

10  FITNESS RENAISSANCE, LLC, a New          Case No.
    Jersey Limited Liability Company
11                                           C07   02422
            Plaintiff,
12                                           COMPLAINT
        vs.                                  JCS
13
                                             BY FAX
14  NETSENSE BVBA, a Netherlands
    Company, CHRISTOF VERHEYEN,
15  WWW.VETVERBRANDEN.COM, an
    Internet Domain Name, WWW.VET-
16  VERBRANDEN.COM, an Internet
    Domain Name, AND Does 1 through
17  150 inclusive,

18          Defendants.

19

20  Plaintiff Fitness Renaissance, LLC, by and through its attorneys, alleges as follows:

21                              INTRODUCTION

22      1.      Plaintiff, Fitness Renaissance, LLC ("Fitness Renaissance") brings this

23  action to recover domain names that a party registered in order to trade off the good will

24  that Plaintiff has generated for its trademark BURN THE FAT, and its Internet website,

25  located at WWW.BURNTHEFAT.COM.

26      2.      Fitness Renaissance is the publisher of one of the world's most famous and

27  successful    personal    fitness,   nutrition,   and   diet   websites,   located   at

28  WWW.BURNTHEFAT.COM (the "BURNTHEFAT Website"). The BURNTHEFAT website

                                    1

                                                              COMPLAINT

ORIGINAL
FILED

07 MAY -4 PH 3:13

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.F.

E-FILING

focuses on the body building techniques and nutrition analysis of Tom Venuto, an exercise science researcher, bodybuilder, and author of the widely successful E-book, *Burn the Fat, Feed the Muscle*.

3.    Fitness Renaissance owns several active federal trademark registrations for BURN THE FAT and BURN THE FAT FEED THE MUSCLE, as well as the domain name, WWW.BURNTHEFAT.COM. Plaintiff has used these well known trademarks and the WWW.BURNTHEFAT.COM domain name in connection with its BURNTHEFAT Website, on which it sells Mr. Venuto's extremely popular E-book, *Burn the Fat, Feed the Muscle*.

4.    Defendants, in an effort to divert users looking for Plaintiff's BURNTHEFAT Website—and to trade on the good will associated with Plaintiff and its BURNTHEFAT trademarks and domain name—registered the confusingly similar domain names WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM, and created a similar exercise and diet Internet website (the "VETVERBRANDEN Website"). The phrase, VET VERBRANDEN, is a Dutch phrase, which translates into "to burn the fat" or "fat burning."

5.    The VETVERBRANDEN Website is a knock-off of Plaintiff's BURNTHEFAT Website, incorporating the same body building, diet, and nutrition content, using the same format and layout, and selling a nearly identical book on diet, nutrition, and exercise. By registering the domain names WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM, creating the VETVERBRANDEN Website, Defendants have sought to confuse and divert Internet users seeking the BURNTHEFAT Website and Mr. Venuto's E-book, *Burn the Fat, Feed the Muscle*, for their own personal gain.

## JURISDICTION AND VENUE

6.    Through this Complaint, Fitness Renaissance alleges violations of the trademark laws of the United States, 15 U.S.C. §§1114 and 1125. This Court has subject

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

COMPLAINT

1   matter jurisdiction to decide this case pursuant to 15 U.S.C. §1121, 28 U.S.C. §1338(a),

2   and 28 U.S.C. §1331.

3       7.    This Court has personal jurisdiction over the Defendants because

4   Defendants have purposely availed themselves of the State of California. On information

5   and belief, defendants have intentionally directed the operation of the

6   VETVERBRANDEN Website toward the State of California and its residents, the largest

7   e-commerce market in the world.

8       8.    The domain names WWW.VETVERBRANDEN.COM and WWW.VET-

9   VERBRANDEN.COM were registered in the Untied States. The domain name registry for

10  the domain names WWW.VETVERBRANDEN.COM and WWW.VET-

11  VERBRANDEN.COM, Verisign, Inc., is located in the Northern District of California. On

12  information and belief, some users of the VETVERBRANDEN Website reside in

13  California, and some purchasers of the book offered for sale on the VETVERBRANDEN

14  Website also reside in California. On information and belief, California consumers of the

15  E-book offered for sale on the VETVERBRANDEN Website, purchased the E-book

16  through the online shopping feature on the VETVERBRANDEN Website.

17      9.    On information and belief, Defendants conspired with and/or aided and

18  abetted persons residing in the United States and the State of California to perpetrate the

19  actions described herein. Plaintiff is not aware of the identity of these Doe parties that, on

20  information and belief, conspired with Defendants.

21      10.    Venue is proper in this district and division pursuant to 28 U.S.C.

22  §1391(b)(2) because a substantial part of the property that is the subject of this action is

23  situated here and, on information and belief, a substantial part of the events and

24  omissions giving rise to Plaintiff's claims occurred her.

25      11.    In the alternative to the allegations in Paragraphs 8-10, Plaintiff alleges that

26  in rem subject matter jurisdiction is conferred upon this Court by 28 U.S.C. §1338(a) and

27  15 U.S.C. §1125(d)(2)(A). On information and belief, the registrant of the

28  WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM domain names is

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

3

COMPLAINT

1    a resident of the Netherlands, not subject to the personal jurisdiction of this Court. To the

2    extent that the Court does not have personal jurisdiction over defendants, this Court has

3    in    rem    jurisdiction    because    the    domain    name    registry    for

4    WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM is Verisign, Inc.,

5    located in the Northern District of California. Venue is proper in this district and division

6    pursuant to 15 U.S.C. §1125(d)(2)(A) because it is the judicial district in which the domain

7    name registry, Verisign, Inc. is located. Verisign, Inc. is the official registry for all .com

8    and .net domain names.

9        12.    In the alternative to the allegations in Paragraphs 8-11, Plaintiff alleges that

10   in rem subject matter jurisdiction is conferred upon this Court by 28 U.S.C. §1338(a) and

11   15 U.S.C. §1125(d)(2)(A). The registrant of the WWW.VETVERBRANDEN.COM and

12   WWW.VET-VERBRANDEN.COM domain names has used an identity masking service,

13   making it impossible to identify with certainty the actual registrant of the domain names

14   from the publicly available WHOIS information. Through due diligence, Plaintiff has been

15   unable to find a person who would have been a defendant to this action. Venue is proper

16   in this district and division pursuant to 15 U.S.C. §1125(d)(2)(A) because it is the judicial

17   district in which the domain name registry, Verisign, Inc. is located. Verisign, Inc. is the

18   official registry for all .com and .net domain names.

19

20                              **THE PARTIES**

21       13.    Plaintiff, Fitness Renaissance, is a New Jersey limited liability company in

22   good standing with its principal place of business in New Jersey.

23       14.    On information and belief, defendant Netsense bvba ("Netsense") is a

24   Dutch company with its principal place of business in the Netherlands. On information

25   and    belief    Netsense    is    the    registrant    of    the    domain    names,

26   WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM.

27       15.    On information and belief, defendant Christof Verheyen is the Chief

28   Executive Officer of Netsense.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

COMPLAINT

## THE MATTER IN DISPUTE

16.    In the alternative to the allegations in Paragraphs 14-15, Plaintiff alleges that the matters in dispute are the Internet domain names WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM, the registrar for which is Go Daddy Software, Inc., based in Scottsdale, Arizona, and the registry for which is Verisign, Inc., based in Mountain View, California.

## FITNESS RENAISSANCE, ITS TRADEMARKS, AND ITS BURNTHEFAT WEBSITE

17.    Fitness Renaissance is the owner of the domain name WWW.BURNTHEFAT.COM and the operator of the tremendously popular Internet website located at WWW.BURNTHEFAT.COM. The BURNTHEFAT Website focuses on the exercise techniques and nutrition research of acclaimed body builder Tom Venuto. The BURNTHEFAT Website describes Mr. Venuto's background, his exercise techniques, and his dietary analysis, and it contains consumer testimonials about Mr. Venuto's exercise and diet system. The BURNTHEFAT Website also offers for sale Mr. Venuto's successful E-book, *Burn the Fat, Feed the Muscle*. Users of the BURNTHEFAT Website are able to purchase the e-Book exclusively through the BURNTHEFAT website.

18.    Fitness Renaissance began operating its BURNTHEFAT Website in October 2000, and has operated the website continuously since that date. The E-book

19.    The BURNTHEFAT Website is one of the most successful commercial Internet websites available, brining in thousands of customers on any given day. The E-Book, *Burn the Fat, Feed the Muscle*, is one of the most popular E-Books in history, and the most popular E-book on the subjects of body building, diet, and nutrition.

20.    As a result, Fitness Renaissance has generated substantial goodwill in connection with its BURNTHEFAT Website, its BURN THE FAT trademark, and the E-book, *Burn the Fat, Feed the Muscle*.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

COMPLAINT

1    21.    Fitness Renaissance owns several active United States trademark

2 registrations for marks it uses in connection with its BURNTHEFAT Website, exercise and

3 diet services, and the book *Burn the Fat, Feed the Muscle*, which it sells on the

4 BURNTHEFAT Website. Specifically, Fitness Renaissance owns the following trademark

5 registrations:

6

7 • BURN THE FAT – Registration No. 3090735 – For use in connection with:

8    ○ Personal coaching and counseling services in the field of nutrition, fitness
     and wellness; Coaching and counseling services via the Internet in the field

9    of nutrition, fitness and wellness; Educational services, namely, conducting
     workshops, teleconferences, lectures and seminars in the field of nutrition,

10   fitness and wellness and printed materials distributed therewith; Providing
     newsletters in the field of fitness and weight loss via e-mail; Providing

11   information online in the field of weight loss, motivation, wellness and fitness
     (International Class 41).

12

13 • BURN THE FAT – Registration No. 2918249 – For use in connection with:

14   ○ Printed material, namely, newsletters and books in the field of weight loss,
     motivation, wellness and fitness (International Class 16).

15

16 • BURN THE FAT – Registration No. 2937547 – For use in connection with:

17   ○ Retail store services featuring fitness and weight loss books and body fat
     testing kits that include skinfold calipers (International Class 35).

18

19 • BURN THE FAT FEED THE MUSCLE – Registration No. 2796365 – For use in
    connection with:

20

21   ○ Printed material, namely, a book featuring a weight loss and fitness program
     (International Class 16);

22

23   ○ Coaching and counseling services in the field of nutrition, fitness and
     wellness (International Class 41);

24   ○ Educational services, namely, conducting workshops and seminars in the

25   field of nutrition, fitness and wellness (International Class 35);

26   ○ Retail store services featuring fitness and weight loss books (International
     Class 42).

27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

6                                                    COMPLAINT

Collectively, the above-referenced trademarks shall be referred to as the "BURN THE FAT Trademarks". Copies of Trademark Electronic Search System ("TESS") printouts for the BURN THE FAT trademarks are attached hereto as Exhibits A-C.

22. Fitness Renaissance first began using its BURN THE FAT Trademarks in connection with the above-enumerated goods and services in August 2002, and it has used the BURN THE FAT Trademarks continuously since that date.

23. In addition to its federal BURN THE FAT Trademark registrations identified above, Fitness Renaissance has acquired significant common law trademark rights in the trademark BURN THE FAT.

24. The BURN THE FAT Trademarks are recognized and relied on by consumers and professionals in the body building, exercise, nutrition, and diet industries. The BURN THE FAT Trademarks distinguish Fitness Renaissance's products and services from those of others in these industries and have acquired secondary meaning. As a result, the BURN THE FAT Trademarks have attained substantial goodwill, are valuable commercial assets, and constitute famous marks.

## DEFENDANTS' ACTIONS

25. On information and belief, on September 5, 2005 Netsense registered the domain names, WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM with the registrar Go Daddy Software, Inc. The phrase VET VERBRANDEN is a Dutch phrase, which translates into English as "to burn the fat" or "fat burning."

26. On information and belief, defendant Verheyen planned, organized, and registered the domain names, WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM on behalf of Netsense.

27. At the time of the registration of the domain names WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM, Plaintiff's BURN THE FAT Trademarks were distinctive and representative of Plaintiff's goods and services.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

COMPLAINT

28.  On information and belief, Defendants did not and do not have any legitimate rights in the BURN THE FAT Trademarks.

29.  On information and belief, after registering the domain names WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM, Defendants created the VETVERBRANDEN Website, located at these domain names.  While Defendants displayed the VETVERBRANDEN Website's text in Dutch, they copied the content and formatting of the BURNTHEFAT Website.  Like the BURNTHEFAT Website, the VETVERBRANDEN Website provides users with information on body building, exercise, diet, and nutrition.  And, like the BURNTHEFAT Website, the VETVERBRANDEN Website provides users with consumer testimonials and then offers for sale a book on exercise and diet.  On information and belief, Defendants have taken large portions of the BURNTHEFAT Website text, translated it into Dutch, and posted it on the VETVERBRANDEN Website.

30.  On information and belief, Defendants formatted the VETVERBRANDEN Website to be nearly identical to the BURNTHEFAT Website.  Defendants' VETVERBRANDEN Website contains a central column of text surrounded on both sides by a solid color.  Like the BURNTHEFAT Website, which tells the story of Tom Venuto in the first person, Defendants' VETVERBRANDEN Website tells a similar first person narrative of exercise, discipline, and diet.  Also like the BURNTHEFAT Website, the different sections of Defendants' VETVERBRANDEN Website are separated by bold headers, centered within the column of text.  And, also like the BURNTHEFAT Website, Defendants' VETVERBRANDEN Website text contains bulleted points about the website's exercise and diet system.

31.  On information and belief, Defendants offered and continue to offer for sale on their VETVERBRANDEN Website a book on exercise training, nutrition, and diet titled *Verbrand Puur Lichaams Vet Uur Na Uur*, which translates to English as "burn the fat, pure body, hour after hour."  On information and belief, Defendants' book *Verbrand Puur*

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

COMPLAINT

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

1  *Lichaams Vet Uur Na Uur* is substantially similar to Mr. Venuto's book, *Burn the Fat, Feed*

2  *the Muscle*.

3      32.    On information and belief, Defendants copied large portions, if not all, of Mr.

4  Venuto's E-book, *Burn the Fat, Feed the Muscle*, and translated it into the Dutch book

5  *Verbrand Puur Lichaams Vet Uur Na Uur*, offered for sale on the VETVERBRANDEN

6  Website.

7      33.    On information and belief Defendants registered the domain names

8  WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM, and created the

9  VETVERBRANDEN Website to divert consumers trying to reach Plaintiff's BURNTHEFAT

10  Website, and confuse consumers into believing that Defendants' VETVERBRANDEN

11  Website was affiliated with Fitness Renaissance and the BURNTHEFAT Website.

12      34.    On information and belief Defendants registered the domain names

13  WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM and created the

14  VETVERBRANDEN Website to trade off of the good will and fame connected to Plaintiff's

15  BURNTHEFAT Website.

16      35.    On information and belief Netsense and Verheyen conspired with persons

17  residing   in   the   United   States   to   register   the   domain   names,

18  WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM, and to create

19  the VETVERBRANDEN Website, and to operate this website and its book sales feature.

20

21                      **THE VETVERBRANDEN WEBSITE**

22      36.    In the alternative to the allegations in Paragraphs 25-35, Plaintiff alleges

23  that on September 5, 2005, an unknown person registered the domain names

24  WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM with the registrar

25  Go Daddy Software, Inc.  The phrase VET VERBRANDEN is a Dutch phrase, which

26  translates into English as "to burn the fat" or "fat burning."

27      37.    In the alternative to the allegations in Paragraphs 25-35, Plaintiff alleges

28  that neither the registrant of the domain names WWW.VETVERBRANDEN.COM and

COMPLAINT

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

1   WWW.VET-VERBRANDEN.COM, nor the operator of the VETBERBRANDEN Website

2   has any legitimate rights in the BURN THE FAT Trademarks.

3       38.    In the alternative to the allegations in Paragraphs 25-35, Plaintiff alleges

4   that while domain name registrars are required to provide to the public the contact

5   information for the registrant through a WHOIS database, it is possible for domain name

6   registrants to employ commercial identity masking services to hide their identity.  Since

7   the    registration    of    the    WWW.VETVERBRANDEN.COM    and    WWW.VET-

8   VERBRANDEN.COM in September 2005, the registrant has hidden its identity through

9   the masking service Domains By Proxy, Inc.

10      39.    In the alternative to the allegations in Paragraphs 25-35, Plaintiff alleges

11  that after registering the domain names WWW.VETVERBRANDEN.COM and

12  WWW.VET-VERBRANDEN.COM, the unknown registrant created the

13  VETVERBRANDEN Website, located at these domain names.   While the

14  VETVERBRANDEN Website content is in Dutch, it copies and imitates the

15  BURNTHEFAT Website.   Like the BURNTHEFAT Website, the VETVERBRANDEN

16  Website provides users with information on body building, exercise, diet, and nutrition.

17  And, like the BURNTHEFAT Website, the VETVERBRANDEN Website provides users

18  with consumer testimonials and then offers for sale a book on exercise and diet.  On

19  information and belief, the operator of the VETVERBRANDEN Website took text posted

20  on the BURNTHEFAT Website, translated it into Dutch, and posted it on the

21  VETVERBRANDEN Website.

22      40.    In the alternative to the allegations in Paragraphs 25-35, Plaintiff alleges

23  that the formatting of the VETVERBRANDEN Website is nearly identical to the

24  BURNTHEFAT Website.  The VETVERBRANDEN Website contains a central column of

25  text surrounded on both sides by a solid color.  Like the BURNTHEFAT Website, which

26  tells the story of Tom Venuto in the first person, the VETVERBRANDEN Website tells a

27  similar first person narrative of exercise, discipline, and diet. Also like the BURNTHEFAT

28  Website, the different sections of the VETVERBRANDEN Website are separated by bold

COMPLAINT

headers, centered within the column of text. And, also like the BURNTHEFAT Website, the VETVERBRANDEN Website text contains bulleted points about the website's exercise and diet system.

41.    In the alternative to the allegations in Paragraphs 25-35, Plaintiff alleges that the bottom of the VETVERBRANDEN Website offers for sale a book on exercise training, nutrition, and diet titled *Verbrand Puur Lichaams Vet Uur Na Uur*, which translates to English as "burn the fat, pure body, hour after hour."

42.    In the alternative to the allegations in Paragraphs 25-35, Plaintiff alleges that on information and belief, the book *Verbrand Puur Lichaams Vet Uur Na Uur*, offered for sale on the VETVERBRANDEN Website is substantially similar to Mr. Venuto's book, *Burn the Fat, Feed the Muscle*.

43.    In the alternative to the allegations in Paragraphs 25-35, Plaintiff alleges that on information and belief, the unknown registrant of the VETVERBRANDEN Website, or those conspiring with the unknown registrant, copied large portions, if not all, of Mr. Venuto's E-book, *Burn the Fat, Feed the Muscle*, and translated it into the Dutch book *Verbrand Puur Lichaams Vet Uur Na Uur*, offered for sale on the VETVERBRANDEN Website.

## FIRST CAUSE OF ACTION – [Against All Defendants]

### In Personam Infringement of Registered Trademark—15 U.S.C. §§1114(1), 1125(d)

44.    Plaintiff re-alleges and incorporates by reference each and every allegation set forth in Paragraphs 1-43.

45.    Plaintiff is the owner of several active federal trademark registrations for the marks BURN THE FAT and BURN THE FAT FEED THE MUSCLE

46.    On information and belief Defendants' registration of the domain names WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM, and the operation of the VETVERBRANDEN Website violate Plaintiff's rights in its federal

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

COMPLAINT

1  trademark registrations for the marks BURN THE FAT and BURN THE FAT FEED THE
2  MUSCLE

3      47.    On    information    and    belief    Defendants'    domain    names
4  WWW.VETVERBRANDEN.COM    and    WWW.VET-VERBRANDEN.COM    are
5  reproductions, copies, and/or imitations of Plaintiff's trademarks BURN THE FAT and
6  BURN THE FAT FEED THE MUSCLE.

7      48.    On information and belief Defendants' registration of the domain names
8  WWW.VETVERBRANDEN.COM    and    WWW.VET-VERBRANDEN.COM,    and    their
9  operation of the VETVERBRANDEN Website in commerce are likely to cause confusion
10  or mistake, or to deceive as to the affiliation, connection, or association of the
11  VETVERBRANDEN WEBSITE with Plaintiff, Plaintiff's BURN THE FAT Trademarks, and
12  Plaintiff's BURNTHEFAT Website; or as to the origin, sponsorship, or approval of the
13  VETVERBRANDEN Website's goods, services, and commercial activities by Plaintiff and
14  Plaintiff's the BURNTHEFAT Website.

15      49.    On information and belief Defendants' registration of the domain names
16  WWW.VETVERBRANDEN.COM    and    WWW.VET-VERBRANDEN.COM,    and    the
17  operation of the VETVERBRANDEN Website violate 15 U.S.C. Sections 1114(1).

18

19          **SECOND CAUSE OF ACTION - [Against All Defendants]**

20      **In Personam Infringement of Common Law Trademark—15 U.S.C. §§1125(a),**
21                          **1125(d)**

22      50.    Plaintiff re-alleges and incorporates by reference each and every allegation
23  set forth in paragraphs 1-49.

24      51.    Plaintiff possesses common law trademark rights for the trademarks BURN
25  THE FAT and BURN THE FAT FEED THE MUSCLE.

26      52.    On information and belief Defendants' registration of the domain names
27  WWW.VETVERBRANDEN.COM    and    WWW.VET-VERBRANDEN.COM,    and    the

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

COMPLAINT

operation of the VETVERBRANDEN Website violate Plaintiff's common law rights in its trademarks BURN THE FAT and BURN THE FAT FEED THE MUSCLE.

53.   On information and belief Defendants' registration of the domain names WWW.VETVERBRANDEN.COM  and  WWW.VET-VERBRANDEN.COM,  and  the operation of the VETVERBRANDEN Website in commerce are likely to cause confusion or mistake, or to deceive as to the affiliation, connection, or association of the VETVERBRANDEN WEBSITE with Plaintiff, Plaintiff's BURN THE FAT common law trademarks, and Plaintiff's BURNTHEFAT Website; or as to the origin, sponsorship, or approval of the VETVERBRANDEN Website's goods, services, and commercial activities by Plaintiff and Plaintiff's the BURNTHEFAT Website.

54.   On information and belief Defendants' registration of the domain names WWW.VETVERBRANDEN.COM  and  WWW.VET-VERBRANDEN.COM,  and  the operation of the VETVERBRANDEN Website violate 15 U.S.C. Sections 1125(a) and (d).

## THIRD CAUSE OF ACTION - [Against All Defendants]

### In Peronam Dilution—15 U.S.C. §§1125(c), 1125(d)

55.   Plaintiff re-alleges and incorporates by reference each and every allegation set forth in paragraphs 1-54.

56.   Plaintiff is the owner of several active federal trademark registrations for the marks BURN THE FAT and BURN THE FAT FEED THE MUSCLE

57.   The BURNTHEFAT Website is tremendously popular and has been visited by millions.   The BURN THE FAT Trademarks are recognized and relied on by consumers and professionals in the body building, exercise, nutrition, and diet industry. As a result, the BURN THE FAT Trademarks have acquired substantial goodwill and have become famous marks.

58.   On information and belief Defendants' registration of the domain names WWW.VETVERBRANDEN.COM  and  WWW.VET-VERBRANDEN.COM,  and  the

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

COMPLAINT

1   operation of the VETVERBRANDEN Website began after the BURN THE FAT
2   Trademarks became famous.

3       59.    On information and belief Defendants' registration of the domain names
4   WWW.VETVERBRANDEN.COM  and  WWW.VET-VERBRANDEN.COM,  and  their
5   operation of the VETVERBRANDEN Website have caused dilution to the distinctive
6   quality of the BURN THE FAT Trademarks.

7       60.    On information and belief Defendants' registration of the domain name
8   WWW.VETVERBRANDEN.COM  and  WWW.VET-VERBRANDEN.COM,  and  the
9   operation of the VETVERBRANDEN Website violate 15 U.S.C. Sections 1125(a) and (c).

10

11                  **FOURTH CAUSE OF ACTION - [Against All Defendants]**
12                  **In Personam Cybersquatting—15 U.S.C. §1125(d)**

13      61.    Plaintiff re-alleges and incorporates by reference each and every allegation
14  set forth in paragraphs 1-60.

15      62.    Plaintiff is the owner of several active federal trademark registrations for the
16  marks BURN THE FAT and BURN THE FAT FEED THE MUSCLE

17      63.    On information and belief Defendants registered the domain names
18  WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM with a bad faith
19  intent to profit from the registration.

20      64.    On    information    and    belief    Defendants'    domain    names
21  WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM are confusingly
22  similar to Plaintiff's domain name BURNTHEFAT.COM as well as Plaintiff's BURN THE
23  FAT Trademarks.

24      65.    On information and belief Defendants registered the domain names
25  WWW.VETVERBRANDEN.COM  and  WWW.VET-VERBRANDEN.COM  to  divert
26  consumers from Plaintiff's BURNTHEFAT Website to Defendants' VETVERBRANDEN
27  Website.

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

COMPLAINT

66.    On information and belief Defendants' diversion of consumers from Plaintiff's BURNTHEFAT Website to the Defendants' VETVERBRANDEN Website has harmed the goodwill represented by the BURNTHEFAT Website and the BURN THE FAT Trademarks, by creating a likelihood of confusion as to the source, affiliation, or endorsement of Defendants' VETVERBRANDEN Website by Plaintiff.

67.    On information and belief Defendants' registration of the domain names WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM and the operation of the VETVERBRANDEN Website violate 15 U.S.C. Section 1125(d).

## FIFTH CAUSE OF ACTION

### In Rem Cybersquatting by Infringement of Registered Trademark—15 U.S.C. §§1114(1), 1125(d)

68.    Plaintiff re-alleges and incorporates by reference each and every allegation set forth in Paragraphs 1-49.

69.    In the alternative to the allegations in Paragraphs 50-67, Plaintiff alleges that Plaintiff is the owner of several active federal trademark registrations for the marks BURN THE FAT and BURN THE FAT FEED THE MUSCLE.

70.    In the alternative to the allegations in Paragraphs 50-67, Plaintiff alleges that the registration of the domain names WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM, and the operation of the VETVERBRANDEN Website violate Plaintiff's rights in its federal trademark registrations for the marks BURN THE FAT and BURN THE FAT FEED THE MUSCLE.

71.    In the alternative to the allegations in Paragraphs 50-67, Plaintiff alleges that, the domain names WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM are reproductions, copies, and/or imitations of Plaintiff's trademarks BURN THE FAT and BURN THE FAT FEED THE MUSCLE.

72.    In the alternative to the allegations Paragraphs 50-67, Plaintiff alleges that, the registration of the domain names WWW.VETVERBRANDEN.COM and WWW.VET-

1    VERBRANDEN.COM, and the operation of the VETVERBRANDEN Website in

2    commerce is likely to cause confusion or mistake, or to deceive as to the affiliation,

3    connection, or association of the VETVERBRANDEN WEBSITE with Plaintiff, Plaintiff's

4    BURN THE FAT Trademarks, and Plaintiff's BURNTHEFAT Website; or as to the origin,

5    sponsorship, or approval of the VETVERBRANDEN Website's goods, services, and

6    commercial activities by Plaintiff and Plaintiff's the BURNTHEFAT Website.

7    73.    In the alternative to the allegations in Paragraphs 50-67, Plaintiff alleges

8    that, the registration of the domain names WWW.VETVERBRANDEN.COM and

9    WWW.VET-VERBRANDEN.COM, and the operation of the VETVERBRANDEN Website

10    violate 15 U.S.C. Sections 1114(1) and 1125(d).

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

### SIXTH CAUSE OF ACTION

### In Rem Cybersquatting by Infringement of Common Law Trademark—15 U.S.C. §§1125(a), 1125(d)

74.    Plaintiff re-alleges and incorporates by reference each and every allegation set forth in Paragraphs 1-49 and 68-73.

75.    In the alternative to the allegations in Paragraphs 50-67, Plaintiff alleges that Plaintiff possesses common law trademark rights for the trademarks BURN THE FAT and BURN THE FAT FEED THE MUSCLE.

76.    In the alternative to the allegations in Paragraphs 50-67, Plaintiff alleges that the registration of the domain names WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM, and the operation of the VETVERBRANDEN Website, violate Plaintiff's common law rights in its trademarks BURN THE FAT and BURN THE FAT FEED THE MUSCLE.

77.    In the alternative to the allegations in Paragraphs 50-67, Plaintiff alleges that the registration of the domain names WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM, and the operation of the VETVERBRANDEN Website in commerce, is likely to cause confusion or mistake, or to deceive as to the affiliation,

COMPLAINT

1   connection, or association of the VETVERBRANDEN WEBSITE with Plaintiff, Plaintiff's

2   BURN THE FAT common law trademarks, and Plaintiff's BURNTHEFAT Website; or as

3   to the origin, sponsorship, or approval of the VETVERBRANDEN Website's goods,

4   services, and commercial activities by Plaintiff and Plaintiff's the BURNTHEFAT Website.

5        78.    In the alternative to the allegations in Paragraphs 50-67, Plaintiff alleges

6   that the registration of the domain names WWW.VETVERBRANDEN.COM and

7   WWW.VET-VERBRANDEN.COM, and the operation of the VETVERBRANDEN Website

8   violate 15 U.S.C. Sections 1125(a) and (d).

9

10                        **SEVENTH CAUSE OF ACTION**

11        **In Rem Cybersquatting by Dilution—15 U.S.C. §§1125(c), 1125(d)**

12        79.    Plaintiff re-alleges and incorporates by reference each and every allegation

13   set forth in Paragraphs 1-49 and 68-78.

14        80.    In the alternative to the allegations in Paragraphs 50-67, Plaintiff alleges

15   that Plaintiff is the owner of several active federal trademark registrations for the marks

16   BURN THE FAT and BURN THE FAT FEED THE MUSCLE

17        81.    In the alternative to the allegations in Paragraphs 50-67, Plaintiff alleges

18   that the BURNTHEFAT Website is tremendously popular and has been visited by

19   millions. The BURN THE FAT Trademarks are recognized and relied on by consumers

20   and professionals in the body building, exercise, nutrition, and diet industry. As a result,

21   the BURN THE FAT Trademarks have acquired substantial goodwill and have become

22   famous marks.

23        82.    In the alternative to the allegations in Paragraphs 50-67, Plaintiff alleges

24   that the registration of the domain names WWW.VETVERBRANDEN.COM and

25   WWW.VET-VERBRANDEN.COM, and the operation of the VETVERBRANDEN Website

26   began after the BURN THE FAT Trademarks became famous.

27        83.    In the alternative to the allegations in Paragraphs 50-67, Plaintiff alleges

28   that the registration of the domain names WWW.VETVERBRANDEN.COM and

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

COMPLAINT

1    WWW.VET-VERBRANDEN.COM, and the operation of the VETVERBRANDEN Website

2    have caused dilution to the distinctive quality of the BURN THE FAT Trademarks.

3        84.    In the alternative to the allegations in Paragraphs 50-67, Plaintiff alleges

4    that the registration of the domain names WWW.VETVERBRANDEN.COM and

5    WWW.VET-VERBRANDEN.COM, and the operation of the VETVERBRANDEN Website

6    violate 15 U.S.C. Sections 1125(a) and (c).

7

8    **EIGHTH CAUSE OF ACTION**

9    **In Rem Cybersquatting by Cyberpiracy of Registered Trademark —15 U.S.C.**

10   **§1125(d)**

11       85.    Plaintiff re-alleges and incorporates by reference each and every allegation

12   set forth in Paragraphs 1-49 and 68-84.

13       86.    In the alternative to the allegations in Paragraphs 50-67, Plaintiff alleges

14   that Plaintiff is the owner of several active federal trademark registrations for the marks

15   BURN THE FAT and BURN THE FAT FEED THE MUSCLE

16       87.    In the alternative to the allegations in Paragraphs 50-67, Plaintiff alleges

17   that the registration of the domain names WWW.VETVERBRANDEN.COM and

18   WWW.VET-VERBRANDEN.COM were carried out with a bad faith intent to profit from the

19   registration.

20       88.    In the alternative to the allegations in Paragraphs 50-67, Plaintiff alleges

21   that the domain names WWW.VETVERBRANDEN.COM and WWW.VET-

22   VERBRANDEN.COM are confusingly similar to the domain name BURNTHEFAT.COM

23   as well as the BURN THE FAT Trademarks.

24       89.    In the alternative to the allegations in Paragraphs 50-67, Plaintiff alleges

25   that the registration of the domain names WWW.VETVERBRANDEN.COM and

26   WWW.VET-VERBRANDEN.COM were carried out to divert consumers from the

27   BURNTHEFAT Website to the VETVERBRANDEN Website.

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

COMPLAINT

90.    In the alternative to the allegations in Paragraphs 50-67, Plaintiff alleges that the diversion of consumers from the BURNTHEFAT Website to the VETVERBRANDEN Website has harmed the goodwill represented by the BURNTHEFAT Website and the BURN THE FAT Trademarks, by creating a likelihood of confusion as to the source, affiliation, or endorsement of the VETVERBRANDEN Website by Plaintiff.

91.    In the alternative to the allegations in Paragraphs 50-67, Plaintiff alleges that the registration of the domain names WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM, and the operation of the VETVERBRANDEN Website violate 15 U.S.C. Section 1125(d).

## PRAYER

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.    As to Claims for Relief numbers One through Four:

    a.    That the Court enter a judgment against Defendant that it has:

        i.    Infringed and is infringing Plaintiff's registered trademarks pursuant to 15 U.S.C. §1114(1);

        ii.    Infringed and is infringing Plaintiff's common law trademarks pursuant to 15 U.S.C. §1125(a);

        iii.    Diluted and is diluting Plaintiff's famous trademarks pursuant to 15 U.S.C. 1125(c);

        iv.    Committed and is committing Cybersquatting against Plaintiff's trademarks pursuant to 15 U.S.C. §1125(d).

    b.    That the Court order the transfer of the domain names WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM to Plaintiff.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

COMPLAINT

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

c.    That the Court issue injunctive relief against Defendants, their officers, agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with Defendant, enjoining and restraining them from:

　　　　i.    Using in any manner the BURN THE FAT or BURN THE FAT FEED THE MUSCLE trademarks alone or in combination with any other words or symbols, or any foreign derivatives or equivalents that are likely to cause confusion, deception or mistake, on or in connection with the advertising, offering for sale, or sale of any product or service that is not Plaintiff's or not authorized by Plaintiff to be sold in connection with these trademarks.

　　　　ii.    Registering any domain name that is likely to cause confusion, deception or mistake with the BURN THE FAT or BURN THE FAT FEED THE MUSCLE trademarks, on or in connection with the advertising, offering for sale, or sale of any product or service that is not Plaintiff's or not authorized by Plaintiff to be sold in connection with these trademarks.

　　　　iii.    Engaging in any other activity constituting an infringement of Plaintiff's trademarks BURN THE FAT and BURN THE FAT FEED THE MUSCLE, or of Plaintiff's rights in, or right to use or to exploit said trademarks.

d.    That the Court order Defendants to pay Plaintiff's general, special, and actual and statutory damages as follows:

　　　　i.    Plaintiff's damages and Defendants' profits pursuant to 15 U.S.C. §1117(a).

　　　　ii.    Enhanced damages pursuant to 15 U.S.C. §1117(b).

COMPLAINT

iii.   Statutory damages of $100,000 pursuant to 15 U.S.C. §1117(d).

iv.   Such other damages as the Court shall deem to be within the provisions of the Lanham Act, as amended;

v.   Interest, including prejudgment interest, on the foregoing sums.

e.   That the Court order Defendants to pay to Plaintiff both he costs of this action and the reasonable attorneys' fees incurred by it in prosecuting this action.

f.   That the Court grant to Plaintiff such other and additional relief as is just and proper.

2.   As to Claims for Relief numbers Five through Eight:

a.   That the Court enter a judgment that the current registration of the domain names WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM violates the rights of Plaintiff.

b.   That the Court order the transfer of the domain names WWW.VETVERBRANDEN.COM and WWW.VET-VERBRANDEN.COM to Plaintiff.

c.   That the Court grant to Plaintiff such other and additional relief as is just and proper.

DATED: May 2, 2007

KRONENBERGER BURGOYNE, LLP

By: _____

Karl. S. Kronenberger

Attorneys for Plaintiff Fitness Renaissance, LLC

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

COMPLAINT



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed May 2 04:17:26 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [         ] OR Jump to record: [         ]    **Record 4 out of 10**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# BURN THE FAT

| | |
|---|---|
| **Word Mark** | BURN THE FAT |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Personal coaching and counseling services in the field of nutrition, fitness and wellness; Coaching and counseling services via the Internet in the field of nutrition, fitness and wellness; Educational services, namely, conducting workshops, teleconferences, lectures and seminars in the field of nutrition, fitness and wellness and printed materials distributed therewith; Providing newsletters in the field of fitness and weight loss via e-mail; Providing information online in the field of weight loss, motivation, wellness and fitness. FIRST USE: 20020800. FIRST USE IN COMMERCE: 20050400 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 76582858 |
| **Filing Date** | March 24, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 5, 2005 |



EXHIBIT
A

| | |
|---|---|
| Registration Number | 3090735 |
| Registration Date | May 9, 2006 |
| Owner | (REGISTRANT) Fitness Renaissance, LLC LTD LIAB CO NEW JERSEY 600 Hudson Street #6A Attn: Tom Venuto Hoboken NEW JERSEY 07030 |
| Attorney of Record | Richard L. Morris, Jr. |
| Prior Registrations | 2796365 |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP    PREV LIST    CURR LIST
NEXT LIST    FIRST DOC    PREV DOC    NEXT DOC    LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed May 2 04:17:26 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [＿＿] OR Jump to record: [＿＿] **Record 6 out of 10**

TARR Status | ASSIGN Status | TDR | TTAB Status | ( *Use the "Back" button of the Internet Browser to return to TESS*)



# BURN THE FAT

| | |
|---|---|
| **Word Mark** | **BURN THE FAT** |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed material, namely, newsletters and books in the field of weight loss, motivation, wellness and fitness. FIRST USE: 20020800. FIRST USE IN COMMERCE: 20030500 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 76582860 |
| **Filing Date** | March 24, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Supplemental Register Date** | October 20, 2004 |
| **Registration Number** | 2918249 |
| **Registration Date** | January 11, 2005 |
| **Owner** | (REGISTRANT) Fitness Renaissance, LLC LTD LIAB CO NEW JERSEY 1132 Clinton Street, Apt. 305 Hoboken NEW JERSEY 07030 |

EXHIBIT
B

Attorney of Record  Richard L. Morris, Jr.
Prior Registrations  2796365
Type of Mark        TRADEMARK
Register            SUPPLEMENTAL
Live/Dead Indicator  LIVE



| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed May 2 04:17:26 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [      ] OR Jump to record: [      ]    **Record 7 out of 10**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



# BURN THE FAT

| | |
|---|---|
| **Word Mark** | BURN THE FAT |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Retail store services featuring fitness and weight loss books and body fat testing kits that include skinfold calipers. FIRST USE: 20030500. FIRST USE IN COMMERCE: 20030500 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 76582859 |
| **Filing Date** | March 24, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 11, 2005 |
| **Registration Number** | 2937547 |
| **Registration Date** | April 5, 2005 |
| **Owner** | (REGISTRANT) Fitness Renaissance, LLC LTD LIAB CO NEW JERSEY 1132 Clinton Street, Apt. 305 Hoboken NEW JERSEY 07030 |
| **Attorney of Record** | Richard L. Morris, Jr. |



**EXHIBIT**

C

1 of 2

| | |
|---|---|
| Prior Registrations | 2796365 |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed May 2 04:17:26 EDT 2007*



| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [     ] OR Jump to record: [     ]   **Record 8 out of 10**

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| Word Mark | BURN THE FAT FEED THE MUSCLE |
| Goods and Services | IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed material, namely, a book featuring a weight loss and fitness program. FIRST USE: 20020926. FIRST USE IN COMMERCE: 20020926 |
| | IC 041. US 100 101 107. G & S: Coaching and counseling services in the field of nutrition, fitness and wellness; Educational services, namely, conducting workshops and seminars in the field of nutrition, fitness and wellness. FIRST USE: 20020926. FIRST USE IN COMMERCE: 20020926 |
| | IC 035. US 100 101 102. G & S: Retail store services featuring fitness and weight loss books. FIRST USE: 20020926. FIRST USE IN COMMERCE: 20020926 |
| | IC 042. US 100 101. G & S: Online coaching and counseling in the field of nutrition, fitness and wellness. FIRST USE: 20020926. FIRST USE IN COMMERCE: 20020926 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Design Search Code | |
| Serial Number | 76474050 |
| Filing Date | December 12, 2002 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Supplemental Register Date | September 22, 2003 |
| Registration Number | 2796365 |
| Registration Date | December 16, 2003 |



EXHIBIT
D

| Owner | (REGISTRANT) Fitness Renaissance, LLC LTD LIAB CO NEW JERSEY 1132 Clinton Street, Apt. 305 Hoboken NEW JERSEY 07030 |
| Attorney of Record | Richard L. Morris, Jr., Esq. |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | SUPPLEMENTAL |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST
NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY