```
 1  Neville L. Johnson (SBN 66329)
    Douglas L. Johnson (SBN 209216)
 2  JOHNSON & RISHWAIN, LLP
    439 North Canon Drive, Suite 200
 3  Beverly Hills, California 90210
    310.975.1080
 4  310.975.1095 fax

 5  Attorneys for Defendants, NETSENSE
    BVBA, CHRISTOF VERHEYEN,
 6  WWW.VETVERBRANDEN.COM, and
    WWW.VET-VERBRANDEN.COM
 7
 8
 9               UNITED STATES DISTRICT COURT
10               NORTHERN DISTRICT OF CALIFORNIA
11
12  FITNESS RENAISSANCE, LLC, a       CASE NO. C-07-02422 JCS
13  New Jersey Limited Liability
    Company                           STIPULATION TO EXTEND TIME
14                                    FOR DEFENDANTS TO FILE A
          Plaintiff,                  RESPONSE TO COMPLAINT
15
       v.
16
    NETSENSE BVBA, a Belgian
17  Company; CHRISTOF
    VERHEYEN;
18  WWW.VETVERBRANDEN.COM,
    an Internet Domain Name;
19  WWW.VET-VERBRANDEN.COM;
    an Internet Domain Name; AND
20  Does 1 through 150 inclusive,

21        Defendants.

22
23  TO THE HONORABLE JOSEPH C. SPERO:
24        The parties, through their attorneys of record, hereby agree and stipulate as
25  follows:
26     1. Defendants were served with the Complaint, Summons, and Orders via email
27  on May 9, 2007.
28
                                      -1-
```

2. Plaintiff has granted Defendants a ten (10) day extension of time to file a Response to the Complaint from May 29, 2007 to June 8, 2007.

THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. That Defendants may file a Response to the Complaint no later than by June 8, 2007.

Dated: May 25, 2007

JOHNSON & FISHWAIN LLP

By: _____
Douglas L. Johnson
Attorneys for Defendants

Dated: May 25, 2007

KRONENBERGER BURGOYNE, LLP

By: _____
Jeffrey M. Rosenfeld
Attorneys for Plaintiff,
Fitness Renaissance, LLC