Neville L. Johnson (SBN 66329)
Douglas L. Johnson (SBN 209216)
JOHNSON & RISHWAIN, LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
310.975.1080
310.975.1095 fax

Attorneys for Defendants, NETSENSE
BVBA, CHRISTOF VERHEYEN,
WWW.VETVERBRANDEN.COM, and
WWW.VET-VERBRANDEN.COM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS RENAISSANCE, LLC, a New Jersey Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>NETSENSE BVBA, a Belgian Company; CHRISTOF VERHEYEN; WWW.VETVERBRANDEN.COM, an Internet Domain Name; WWW.VET-VERBRANDEN.COM; an Internet Domain Name; AND Does 1 through 150 inclusive,<br><br>Defendants. | CASE NO. C-07-02422 JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO COMPLAINT** |

TO THE HONORABLE JOSEPH C. SPERO:

The parties, through their attorneys of record, hereby agree and stipulate as follows:

1. Defendants were served with the Complaint, Summons, and Orders via email on May 9, 2007.

-1-

2. Plaintiff has granted Defendants a ten (10) day extension of time to file a Response to the Complaint from May 29, 2007 to June 8, 2007.

THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. That Defendants may file a Response to the Complaint no later than by June 8, 2007.

Dated: May 25, 2007

JOHNSON & FISHWAIN LLP

By: _____
Douglas L. Johnson
Attorneys for Defendants

Dated: May 25, 2007

KRONENBERGER BURGOYNE, LLP

By: _____
Jeffrey M. Rosenfeld
Attorneys for Plaintiff,
Fitness Renaissance, LLC

Dated: May 29, 2007

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-