1  Neville L. Johnson (SBN 66329)
   Douglas L. Johnson (SBN 209216)
2  JOHNSON & RISHWAIN, LLP
   439 North Canon Drive, Suite 200
3  Beverly Hills, California 90210
   310.975.1080
4  310.975.1095 fax

5  Attorneys for Defendants, NETSENSE
   BVBA, CHRISTOF VERHEYEN,
6  WWW.VETVERBRANDEN.COM, and
   WWW.VET-VERBRANDEN.COM
7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12 | FITNESS RENAISSANCE, LLC, a | CASE NO. C-07-02422 JCS
13 | New Jersey Limited Liability Company |
   | | **NOTICE OF FILING PROOF OF**
14 | | **SERVICE OF STIPULATION TO**
   | Plaintiff, | **EXTEND TIME FOR DEFENDANTS**
15 | | **TO FILE A RESPONSE TO**
   | v. | **COMPLAINT**
16 |
17 | NETSENSE BVBA, a Belgian Company; CHRISTOF VERHEYEN;
18 | WWW.VETVERBRANDEN.COM, an Internet Domain Name;
19 | WWW.VET-VERBRANDEN.COM; an Internet Domain Name; AND
20 | Does 1 through 150 inclusive,
21 | Defendants.

-1-

*PROOF OF SERVICE*
*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES*

I am employed in the County of Los Angeles, State of California by JOHNSON & RISHWAIN LLP, and am over the age of 18 and not a party this action. My business address is 439 N. Canon Drive, Suite 200, Beverly Hills, California 90210.

On *May 25, 2007*, I served the foregoing document described as: STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO COMPLAINT on:

**Karl S. Kronenberge**
**Kronenberger Burgoyne, LLP**
**150 Post St., Suite 520**
**San Francisco, CA 94108**
**Attorneys for Plaintiff,**
**Fitness Renaissance, LLC**

**METHOD OF SERVICE**

[X] **(BY U.S. MAIL)** I served the document(s) by enclosing them in an envelope and placing the envelope for collecting and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **(BY E-MAIL OR ELECTRONIC TRANSMISSION )** Based on an agreement of the parties to accept service by e-mail or electronic service, I enclosed the document to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed *May 25, 2007* at Beverly Hills, California.

_____
May Talebi

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California by JOHNSON & RISHWAIN LLP, and am over the age of 18 and not a party this action. My business address is 439 N. Canon Drive, Suite 200, Beverly Hills, California 90210.

On *May 25, 2007*, I served the foregoing document described as: NOTICE OF FILING PROOF OF SERVICE OF STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO COMPLAINT on:

*Karl S. Kronenberge*
**Kronenberger Burgoyne, LLP**
**150 Post St., Suite 520**
**San Francisco, CA 94108**
**Attorneys for Plaintiff,**
**Fitness Renaissance, LLC**

**METHOD OF SERVICE**

[X]  **(BY U.S. MAIL)** I served the document(s) by enclosing them in an envelope and placing the envelope for collecting and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  **(BY E-MAIL OR ELECTRONIC TRANSMISSION )** Based on an agreement of the parties to accept service by e-mail or electronic service, I enclosed the document to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed *May 25, 2007* at Beverly Hills, California.


May Talebi