KRONENBERGER BURGOYNE, LLP
Karl S. Kronenberger (Cal. Bar No. 226112)
Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158

Attorneys for Plaintiff FITNESS RENAISSANCE, LLC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FITNESS RENAISSANCE, LLC**, a New Jersey Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>**NETSENSE BVBA**, a Netherlands Company, **CHRISTOF VERHEYEN**, **WWW.VETVERBRANDEN.COM**, an Internet Domain Name, **WWW.VET-VERBRANDEN.COM**, an Internet Domain Name, AND Does 1 through 150 inclusive,<br><br>Defendants. | Case No. C-07-02422 JCS<br><br>**NOTICE OF SETTLEMENT** |

Notice is hereby given that the parties have entered into a Settlement Agreement and Release in this matter whereby they have resolved all claims in this matter. The parties intend to file the executed Settlement Agreement and a Stipulation to Dismiss all causes of action in due course.

DATED:  June 5, 2007

KRONENBERGER BURGOYNE, LLP

By: _____/s/_____
Jeffrey Rosenfeld

Attorneys for Plaintiff Fitness Renaissance, LLC

**NOTICE OF SETTLEMENT**

1