UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS RENAISSANCE, LLC, | No. C 07-02422 JCS |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| NETSENSE BVBA, ET AL, | |
| Defendant(s). | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 6/07/07

_____
Signature

Counsel for Netsense BVBA, ETAL
(Name or party or indicate "pro se")

2

*PROOF OF SERVICE*
*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES*

I am employed in the County of Los Angeles, State of California by JOHNSON & RISHWAIN LLP, and am over the age of 18 and not a party this action. My business address is 439 N. Canon Drive, Suite 200, Beverly Hills, California 90210.

On *June 7, 2007*, I served the foregoing document described as:   CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE  on:

**Quirijin Meijnen**
**Van Rossem Advocaten**
**Reguliersdwarsstraat 90**
**1017 BN Amsterdam**
**Attorneys for,**
**Fitness Renaissance LLP**

**METHOD OF SERVICE**

[X]   **(BY U.S. MAIL)** I served the document(s) by enclosing them in an envelope and placing the envelope for collecting and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed *June 7, 2007*  at Beverly Hills, California.

_____
Phillip Beverley