1  **KRONENBERGER BURGOYNE, LLP**
   Karl S. Kronenberger (CA Bar No. 226112)
2  Jeffrey M. Rosenfeld (CA Bar No. 222187)
   150 Post Street, Suite 520
3  San Francisco, CA 94108
   Telephone:  (415) 955-1155
4  Facsimile:   (415) 955-1158

5  Attorneys for Plaintiff,
   FITNESS RENAISSANCE, LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS RENAISSANCE, LLC, a New Jersey Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>NETSENSE BVBA, a Netherlands Company, CHRISTOF VERHEYEN, WWW.VETVERBRANDEN.COM, an Internet Domain Name, WWW.VET-VERBRANDEN.COM, an Internet Domain Name, AND Does 1 through 150 inclusive,<br><br>Defendants. | Case No. C-07-02422 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS WITH PREJUDICE** |

WHEREAS Plaintiff Fitness Renaissance, LLC and Defendants NETSENSE BVBM and CHRISTOF VERHEYEN (collectively, the "Parties") have entered into a settlement agreement resolving the claims in the above-captioned action (the "Action").

//
//
//

Case No. C-05-5124 JCS                                    STIPULATION AND [PROPOSED] ORDER

1  IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES AS
2  FOLLOWS:
3     The Parties jointly request that the Court dismiss the Action with prejudice as to
4  all defendants.

7  Dated: June 12, 2007                         Dated: June 12, 2007

8  Karl S. Kronenberger                         Douglas Johnson
9  Jeffrey M. Rosenfeld                         Johnson & Rishwain, LLP
   Kronenberger Burgoyne, LLP

10 By: /s/ Jeffrey M. Rosenfeld                 By: /s/ Douglas Johnson
11     Jeffrey M. Rosenfeld                          Douglas Johnson

12 Attorneys for Plaintiff, FITNESS             Attorneys for Defendants NETSENSE
13 RENAISSANCE, LLC                             BVBM and CHRISTOF VERHEYEN

16 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
17 Dated: June___, 2007

18                                              The Honorable Joseph C. Spero
19                                              United States Magistrate Judge for the
                                                Northern District of California