KRONENBERGER BURGOYNE, LLP
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff,
FITNESS RENAISSANCE, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITNESS RENAISSANCE, LLC, a New Jersey Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>NETSENSE BVBA, a Netherlands Company, CHRISTOF VERHEYEN, WWW.VETVERBRANDEN.COM, an Internet Domain Name, WWW.VET-VERBRANDEN.COM, an Internet Domain Name, AND Does 1 through 150 inclusive,<br><br>Defendants. | Case No. C-07-02422 JCS<br><br>STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS WITH PREJUDICE |

WHEREAS Plaintiff Fitness Renaissance, LLC and Defendants NETSENSE BVBM and CHRISTOF VERHEYEN (collectively, the "Parties") have entered into a settlement agreement resolving the claims in the above-captioned action (the "Action").

//
//
//

Case No. C-05-5124 JCS                                STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES AS FOLLOWS:

The Parties jointly request that the Court dismiss the Action with prejudice as to all defendants.

Dated: June 12, 2007

Karl S. Kronenberger
Jeffrey M. Rosenfeld
Kronenberger Burgoyne, LLP

By: _____
       Jeffrey M. Rosenfeld

Attorneys for Plaintiff, FITNESS RENAISSANCE, LLC

Dated: June 12, 2007

Douglas Johnson
Johnson & Rishwain, LLP

By: _____
       Douglas Johnson

Attorneys for Defendants NETSENSE BVBM and CHRISTOF VERHEYEN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 13, 2007



The Honorable Joseph C. Spero
United States Magistrate Judge
Northern District of California

Case No. C-05-5124 JCS          2          STIPULATION AND [PROPOSED] ORDER

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com